No. 25-60102

**UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**

UNITED STATES OF AMERICA,

*Plaintiff-Appellant*,

v.

JUSTIN BRYCE BROWN,

*Defendant-Appellee.*

On Appeal from the United States District Court
for the Southern District of Mississippi

# MOTION FOR EXTENSION OF TIME TO FILE BRIEF OF *AMICI CURIAE* GIFFORDS LAW CENTER TO PREVENT GUN VIOLENCE AND BRADY CENTER TO PREVENT GUN VIOLENCE IN SUPPORT OF PLAINTIFF-APPELLANT AND REVERSAL

Mohamed Al-Hendy
ARNOLD & PORTER
KAYE SCHOLER LLP
700 Louisiana Street, Suite 4000
Houston, TX 77002-2755
(713) 261-6702
Mohamed.Al-Hendy@arnoldporter.com

May 1, 2025

*Counsel for Amici Curiae Giffords Law Center to Prevent Gun Violence and Brady Center to Prevent Gun Violence*

Amici Curiae Giffords Law Center to Prevent Gun Violence and Brady Center to Prevent Gun Violence respectfully move under Fed. R. App. P. 29(a)(6) and 5th Cir. R. 27.1 and 31.4 for an eight-day extension of time in which to file an amicus brief in support of Plaintiff-Appellant. That extension would require Amici to file their brief by May 9, 2025.

Fed. R. App. P. 29(a)(6) and 5th Cir. R. 29.1 require Amici Curiae to file a brief in support of a party no later than seven days after that party's principal brief, although the court may grant leave for later filing. On March 31, 2025, this Court ordered that Plaintiff-Appellant file its opening brief by May 12, 2025. However, Plaintiff-Appellant filed its opening brief on April 24, 2025, triggering a deadline of May 1, 2025 for Amici Curiae to file any briefs in support. Unfortunately, because of a technical error in counsel's docketing system, Amici Curiae did not receive a docket alert regarding Plaintiff-Appellant's filing or discover that filing had occurred until the afternoon of April 30, 2025.

Amici Curiae respectfully request that the Court exercise its discretion under Fed. R. App. P. 29(a)(6) to grant a short extension to May 9, 2025. Good cause exists because the Court will benefit from a well-developed amicus brief on the important questions of constitutional law and public safety at issue in this case.

Counsel for Amici Curiae have made efforts to seek consent from both parties. Plaintiff-Appellant does not oppose the filing of the amicus brief or the

request for an extension; Defendant-Appellee has not yet responded. Leave to file the amicus brief will be sought from the Court should Defendant-Appellee not consent. No other extensions have been requested.

Dated: May 1, 2025

By: /s/ Mohamed Al-Hendy
ARNOLD & PORTER
KAYE SCHOLER LLP
700 Louisiana Street, Suite 4000
Houston, TX 77002-2755
(713) 261-6702
Mohamed.Al-Hendy@arnoldporter.com

*Counsel for Amici Curiae Giffords Law Center to Prevent Gun Violence and Brady Center to Prevent Gun Violence*

**CERTIFICATE OF COMPLIANCE**

This motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because it contains 288 words, excluding the parts of the motion exempted by Fed. R. App. P. 32(f) and 5th Cir. R. 32.2. This motion also complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word in Times New Roman 14 point font.

/s/ Mohamed Al-Hendy
Mohamed Al-Hendy

## CERTIFICATE OF SERVICE

I certify that, on May 1, 2025, this motion for extension of time was electronically filed with the Court and copies were served on counsel record via the appellate CM/ECF system.

/s/ Mohamed Al-Hendy
Mohamed Al-Hendy

**CERTIFICATE OF CONFERENCE**

I certify that, on April 30, 2025, counsel for Amici Curiae Giffords Law Center to Prevent Gun Violence and Brady Center to Prevent Gun Violence contacted counsel for Plaintiff-Appellant and Defendant-Appellee regarding this request for an extension of time. Plaintiff-Appellant does not oppose the request; counsel for Defendant-Appellee had not yet responded by the time of this filing.

/s/ Mohamed Al-Hendy
Mohamed Al-Hendy