No. 25-60102

# UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

UNITED STATES OF AMERICA,

*Plaintiff-Appellant*,

v.

JUSTIN BRYCE BROWN,

*Defendant-Appellee.*

On Appeal from the United States District Court
for the Southern District of Mississippi

**MOTION FOR LEAVE TO FILE BRIEF OF *AMICI CURIAE*
GIFFORDS LAW CENTER TO PREVENT GUN VIOLENCE AND
BRADY CENTER TO PREVENT GUN VIOLENCE IN SUPPORT OF
PLAINTIFF-APPELLANT AND REVERSAL**

Michael Kim Krouse
Paul J. Fishman
Christopher Joseph
ARNOLD & PORTER
   KAYE SCHOLER LLP
250 West 55th Street
New York, NY 10019-9710
(212) 836-8000
michael.krouse@arnoldporter.com
paul.fishman@arnoldporter.com
christopher.joseph@arnoldporter.com

Joanna McDonough
ARNOLD & PORTER
   KAYE SCHOLER LLP
200 Clarendon Street, 53rd Floor
Boston, MA 02116
(617) 351-8050
joanna.mcdonough@arnoldporter.com

May 9, 2025

*Counsel for Amici Curiae
Giffords Law Center to Prevent Gun
Violence and Brady Center to Prevent
Gun Violence*

## SUPPLEMENTAL STATEMENT OF INTERESTED PARTIES

Pursuant to Fifth Circuit Rules 29.2 and 28.2.1, the undersigned counsel of record for *amici curiae* certifies that the following persons and entities as described in the fourth sentence of Rule 28.2.1 have an interest in the outcome of this case. These representations are made in order that the judges of this Court may evaluate possible disqualification or recusal.

1. Giffords Law Center to Prevent Gun Violence
2. Brady Center to Prevent Gun Violence

Dated: May 9, 2025

/s/ *Michael Kim Krouse*

Michael Kim Krouse

Pursuant to Rule 29(a)(3) of the Federal Rules of Appellate Procedure, the proposed *amici* hereby move the Court for leave to file the attached brief of *amicus curiae* in support of Appellant's appeal from the district court's grant of Justin Brown's motion to dismiss the indictment. Appellant has consented to the filing of this brief. Appellee did not respond to our request for consent regarding the filing of this brief.

"Courts enjoy broad discretion to grant or deny leave to *amici* under Rule 29." *Lefebure v. D'Aquilla*, 15 F.4th 670, 673 (5th Cir. 2021). Prospective *amici* respectfully submit that their brief will assist the Court because *amici* have substantial background and expertise with gun violence prevention laws, including those governing machineguns.

Giffords Law Center to Prevent Gun Violence researches, drafts, and defends laws, policies, and programs proven to effectively reduce gun violence. Its attorneys track and analyze firearm legislation, evaluate policy proposals regarding gun violence prevention, and participate in litigation nationwide.

Brady Center to Prevent Gun Violence ("Brady") is the nation's longest-standing nonpartisan, non-profit organization dedicated to reducing gun violence through education, research, and legal advocacy. Brady works to free America from gun violence by advocating for and defending gun violence prevention laws, reforming the gun industry, and educating the public about responsible gun

ownership.

Both organizations have provided courts with amicus assistance in many important cases concerning gun violence and the safety of our communities. In December 2024, these organizations filed an amicus brief in the Tenth Circuit supporting reversal of a district court order dismissing an indictment and holding that 18 U.S.C. § 922(o) violated the Second Amendment as applied to the defendant. Brief of *Amici Curiae* Giffords Law Center to Prevent Gun Violence and Brady Center to Prevent Gun Violence in Support of Plaintiff-Appellant and Reversal, *U.S. v. Morgan*, No. 24-03141 (10th Cir. 2024), BL-27.

Prospective *amici* submit that their brief will assist the Court because *amici* have substantial background and expertise in this area of law. For these reasons, the proposed *amici* respectfully request that the Court grant this motion for leave to file the attached brief.

Dated: May 9, 2025

Respectfully submitted,

/s/ *Michael Kim Krouse*
Michael Kim Krouse
Paul J. Fishman
Christopher Joseph
ARNOLD & PORTER
    KAYE SCHOLER LLP
250 West 55th Street

New York, NY 10019-9710
(212) 836-8000
michael.krouse@arnoldporter.com
paul.fishman@arnoldporter.com
christopher.joseph@arnoldporter.com

Joanna McDonough
ARNOLD & PORTER
    KAYE SCHOLER LLP
200 Clarendon Street, 53rd Floor
Boston, MA 02116
(617) 351-8050
joanna.mcdonough@arnoldporter.com

*Counsel for Amici Curiae*
*Giffords Law Center to Prevent Gun*
*Violence and Brady Center to Prevent Gun*
*Violence*

3

## CERTIFICATE OF COMPLIANCE

I certify that this brief complies with the type-volume limitations of Fed. R. App. P. 32(a)(7)(B) because it contains 351 words, excluding the parts of the brief exempted by Fed. R. App. P. 32.

I further certify that this brief complies with the typeface and type-style requirements of Fed. R. App. 32(a)(5), (6) because it has been prepared in a proportionally spaced typeface using Microsoft Word 365 in 14-point Times New Roman font.

Dated: May 9, 2025

/s/ *Michael Kim Krouse*
Michael Kim Krouse

## CERTIFICATE OF CONFERENCE

I certify under 5th Cir. R. 27.4 and Fed. R. App. P. 29(a)(2) that on May 1, 2025, counsel for *amici* contacted counsel for the Appellant and the Appellee by electronic mail.  Counsel for *amici* also called the Appellee on May 2 and May 8. The Appellant consented to the filing of the Brief of *Amici Curiae*, but the Appellee did not respond to our requests.


Dated: May 9, 2025


                                        /s/ *Michael Kim Krouse*
                                        Michael Kim Krouse

## CERTIFICATE OF SERVICE

I certify that on May 9, 2025, I electronically filed this brief with the Clerk of the Court for the United States Court of Appeals for the Fifth Circuit by using the appellate CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

Dated: May 9, 2025

                                                /s/ *Michael Kim Krouse*
                                                Michael Kim Krouse