

U.S. Department of Justice

United States Attorney
Southern District of Mississippi

501 East Court Street, Suite 4.430  (601) 965-4480
Jackson, Mississippi 39201

<u>VIA ELECTRONIC CASE FILING</u>  September 26, 2025

Lyle W. Cayce, Clerk
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130

    Re:   <u>*United States v. Brown,* No. 25-60102</u>

Dear Mr. Cayce:

    This letter identifies recent, published cases from sister circuits issued after briefing ended that provide persuasive authority as to the constitutionality of 18 U.S.C. § 922(o):

- *United States v. Morgan*, --- F.4th ----, 2025 WL 2502968 (10th Cir. Sep. 2, 2025) (upholding constitutionality of § 922(o) as applied to AR-15 and Glock switch) and

- *United States v. Bridges*, 150 F.4th 517 (6th Cir. 2025) (upholding § 922(o) facially and as applied).

                                  Respectfully,

                                  PATRICK A. LEMON
                                *Acting United States Attorney*
                                *Southern District of Mississippi*

cc:   Joseph M. Hollomon        By:   /s/ *Jennifer Case*
       *Counsel for appellee*                  JENNIFER CASE
       (via electronic filing)                *Assistant U.S. Attorney*